FILED
SEP 12 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CV 19 80 221 MISC JD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Patrick Arthur Sizemore, bar number 062803

Case No.:

**ORDER TO SHOW CAUSE RE SUSPENSION FROM MEMBERSHIP IN GOOD STANDING OF THE BAR OF THE COURT**

TO: Patrick Arthur Sizemore, bar number 062803

The State Bar of California has notified the United States District Court for the Northern District of California that, effective June 15, 2019, you have become ineligible to practice law in the State of California following disciplinary action. Under this Court's Civil Local Rule 11-7, this status change may render you ineligible for continued active membership in the bar of the Northern District of California.

Effective the date of this order, your membership in the bar of this Court is **suspended on an interim basis** pursuant to Civil Local Rule 11-7(b)(1). **On or before September 23, 2019,** you may file a response to this Order meeting the requirements of Civil Local Rule 11-7(b)(2), which may be viewed on the Court's website at cand.uscourts.gov. If you fail to file a timely and adequate response to this Order, you will be suspended from membership without further notice.

If you are disbarred, suspended or placed on disciplinary probation by this Court and are later restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to Civil Local Rule 11-7(b)(3). The Clerk shall close this file on or after September 23, 2019 absent further order of this Court.

**IT IS SO ORDERED.**

Dated: 8/12/19

_____
JAMES DONATO
United States District Judge

*Attorney-discipline_OSC*
*rev. 11-18*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF PATRICK
ARTHUR SIZEMORE, Bar No. 062803.

Case No.: 3:19-mc-80221-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 9/12/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Patrick Arthur Sizemore #62803
7718 Pythian Ct
Santa Rosa, CA 95409-6321

Dated: 9/12/2019

Susan Y. Soong
Clerk, United States District Court

By: _____
William Noble, Director of Case Administration

*Service_Certificate _CRD*
*rev. August 2018*

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS



7010 2780 0003 2916 4895

7010 2780 0003 2916 4895

Patrick Arthur Sizemore #6
7718 Pythian Ct
Santa Rosa, CA 95409-632

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PATRICK SIZEMORE
7718 TITIAN CT
SANTA ROSA CA
95409

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

7010 2780 0003 2916 4895

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

**Certified Mail P**
- A mailing receipt
- A unique identifie
- A record of delive

**Important Reminde**
- Certified Mail may
- Certified Mail is n
- NO INSURANCE valuables, please
- For an additional delivery. To obtain Receipt (PS Form fee. Endorse mail a duplicate return required.
- For an additiona addressee's autho endorsement "Re
- If a postmark on t cle at the post o receipt is not nee

**IMPORTANT: Save**
PS Form 3800, August